# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09-CV-00383-DCK

| | |
|---|---|
| KIMBERLY ANN QUEEN, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| MINNESOTA LIFE INSURANCE COMPANY, | )<br>)  **ORDER APPROVING**<br>)  **SETTLEMENT AGREEMENT** |
| Defendant, | )<br>) |
| v. | )<br>) |
| KELLI L. STEVENS, JOHN V. WILKERSON, RAYCE BLAINE WILKERSON, COLE BENJAMIN WILLARD, SAVANNAH JAIDE WILLARD and STACY L. WILLARD, | )<br>)<br>)<br>)<br>)<br>) |
| Counter Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Approval of Settlement Agreement" (Document No. 32) filed by Kimberly Ann Queen, Kelli L. Stevens, John V. Wilkerson and Stacy L. Willard (the "Adult Beneficiaries"). The Court has carefully considered this matter in its entirety. Regarding this Motion, the Court has carefully reviewed both the Motion and supporting Memorandum, and notes that the Court-appointed Guardian *Ad Litem* also approves of the Settlement as in the best interests of the minor parties.

The Court concludes that the proposed Settlement is fair and equitable and should be approved. The Guardian *Ad Litem* is seeking a total fee of $600.00. The Court finds that the Guardian *Ad Litem* has provided good and valuable services, and that the fees requested are reasonable. For good cause shown therefore, and noting the consent of all parties, the

undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED**:

1. That the Settlement Agreement be approved, and that the proceeds on deposit with the Clerk of Court be allocated and distributed as set forth in Paragraph Three below;

2. That fees for the services of Nicole Gardner in the amount of $600.00 be approved;

3. That the funds on deposit in the registry of the Clerk of Court be distributed as follows:

   a. The Clerk of Court is hereby ordered to issue a check out of the funds previously deposited into the registry of this Court in this civil action in the amount of $3,084.33, payable to "John V. Wilkerson, as custodian for Rayce Blaine Wilkerson;" and to mail said check to John V. Wilkerson, 965 Matthews Avenue, Charleston, West Virginia, 25302.

   b. The Clerk of Court is hereby ordered to issue a check out of the funds previously deposited into the registry of this Court in this civil action in the amount of $3,084.33, payable to "Stacy L. Willard, as custodian for Cole Benjamin Willard," and to mail said check to Stacy L. Willard, 171 Plum Branch Road, Lynchburg, VA 24504.

   c. The Clerk of Court is hereby ordered to issue a check out of the funds previously deposited into the registry of this Court in this civil action in the amount of $3,084.33, payable to "Stacy L. Willard, as custodian for Savannah Jaide Willard," and to mail said check to Stacy L. Willard, 171

Plum Branch Road, Lynchburg, VA 24504.

d. The Clerk of Court is hereby ordered to issue a check out of the funds previously deposited into the registry of this Court in this civil action in the amount of $600.00, payable to "Nicole Gardner" for her services as Guardian *Ad Litem*, and to mail said check to Nicole Gardner, Gardner & Hughes, 1701 South Blvd., Charlotte, NC 28203.

e. The Clerk of Court is hereby ordered to issue a check out of the funds previously deposited into the registry of this Court in this civil action in the amount of $13,500.00, payable to "Hucks & Regan LLP, as attorneys for Kimberly Ann Queen," and to mail said check to Hucks & Regan LLP, P.O. Box 2033, Monroe, NC 28111.

f. The Clerk of Court is hereby ordered to issue a check out of the funds previously deposited into the registry of this Court in this civil action in the amount of $52,036.41, payable to "Essex Richards, PA, as attorneys for Kelli L. Stevens, Stacy L. Willard and John V. Wilkerson," and to mail said check to Essex Richards, 1701 South Blvd., Charlotte, NC 28203.

g. The remaining balance on deposit in the Clerk of Court's Office, after distribution of the amounts specified above, shall be zero ($0.00).

**SO ORDERED.**  Signed: March 25, 2010

David C. Keesler
United States Magistrate Judge