**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-00383-DCK**

| | |
|---|---|
| KIMBERLY ANN QUEEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MINNESOTA LIFE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant, ) <br> ) <br> v. ) <br> ) <br> KELLI L. STEVENS, JOHN V. ) <br> WILKERSON, RAYCE BLAINE ) <br> WILKERSON, COLE BENJAMIN ) <br> WILLARD, SAVANNAH JAIDE WILLARD ) <br> and STACY L. WILLARD, ) <br> ) <br> Counter Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "CONSENT MOTION FOR AWARD OF ATTORNEY'S FEES, DISMISSAL AND INJUNCTION" (Document No. 30) filed by Defendant Minnesota Life Insurance Company. The Court has carefully considered this matter in its entirety. For good cause shown and with the consent of all parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that:

1. The Clerk of Court is hereby ordered to issue a check payable to "Minnesota Life Insurance Company" in the sum of $12,000.00 out of the funds previously deposited into the registry of this Court in this civil action, and to mail said check to Jeffrey P. MacHarg, counsel

for Minnesota Life, at Smith Moore Leatherwood LLP, 525 North Tryon Street, Suite 1400, Charlotte, North Carolina 28202. This disbursement reflects payment to Minnesota Life of a portion of the attorney's fees it incurred in initiating, prosecuting, and participating in this interpleader action as a disinterested stakeholder, the amount is reasonable, and it reflects a compromise between and among the parties;

2. Upon receipt of the payment described above, Minnesota Life Insurance Company shall be **DISMISSED WITH PREJUDICE** from this action and **DISCHARGED** from any further liability under Policy No. 33227-G (the "Policy") by reason of the death of Deborah L. Wilkerson; and

3. All claimants to proceeds of the Policy are hereby permanently **ENJOINED** and restrained from instituting or prosecuting any other proceeding against Minnesota Life Insurance Company or any of its affiliates in any state or United States court affecting or involving life insurance proceeds payable under the Policy by reason of the death of Deborah L. Wilkerson.

Signed: March 25, 2010

David C. Keesler
United States Magistrate Judge