# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09-CV-00383-DCK

| | |
|---|---|
| KIMBERLY ANN QUEEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MINNESOTA LIFE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant, ) <br> ) <br> v. ) <br> ) <br> KELLI L. STEVENS, JOHN V. ) <br> WILKERSON, RAYCE BLAINE ) <br> WILKERSON, COLE BENJAMIN ) <br> WILLARD, SAVANNAH JAIDE WILLARD ) <br> and STACY L. WILLARD, ) <br> ) <br> Counter Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Payment Of Guardian *Ad Litem's* Legal Fees" (Document No. 34) filed by Nicole Gardner, Guardian *Ad Litem* on March 12, 2010. To the extent this relief is not duplicated in a previous order of the Court, for good cause shown and with the consent of all parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court is hereby ordered to issue a check payable to "Nicole Gardner of Gardner & Hughes PLLC" in the sum of $600.00 out of the funds previously deposited into the registry of this Court in this civil action, and to mail said check to Nicole Gardner, Gardner & Hughes PLLC, 1701 South Boulevard, Charlotte, North

Carolina 28203.

**SO ORDERED**.

Signed: March 25, 2010

David C. Keesler
United States Magistrate Judge